[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13769
Non-Argument Calendar

_____

D.C. Docket No. 8:13-cr-00448-VMC-TGW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS J. MULLEN, III,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 24, 2018)

Before MARCUS, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Thomas J. Mullen, III in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Mullen's revocation of supervised release and sentence are

**AFFIRMED**.